IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL BRYCE HURLBUT                                                    PLAINTIFF

v.                                       Civil No. 6:18-CV-06087

OFFICER MERRITT, *et. al.*                                             DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis*.  Currently before the Court is Defendants' Motion to Stay Proceedings, or In the Alternative, Stay Discovery.  (ECF No. 54).

As grounds for their Motion to Stay this case, Defendants cite Plaintiff's two pending appeals with the Eighth Circuit for this case.  Plaintiff's first appeal was filed in response to the PLRA screening Order for this case.  (ECF No. 25).  His second appeal was filed in response to an Order denying Plaintiff's Motion for Recusal.  (ECF No. 52).  Defendants request that the case be stayed pending the outcome of the appeals in order to promote judicial economy and prevent judicial confusion.

Defendants' Motion to Stay (ECF No. 54) is **GRANTED**.  The Clerk is **DIRECTED** to **STAY** and **ADMINISTRATIVELY TERMINATE** this case.  As Plaintiff currently has several motions pending in this case, these Motions (ECF No. 30, 31, 32, 41, 42, 47, 48, 49, 50, 51) are **DENIED** as part of the stay.

The parties are **DIRECTED** to notify the Court within seven days of the resolution of the pending Eighth Circuit appeals so that this matter may proceed in this Court.  **THE PARTIES ARE DIRECTED TO FILE NO FURTHER PLEADINGS IN THIS MATTER UNTIL FURTHER ORDER OF THIS COURT, OTHER THAN TO INFORM THE COURT OF**

**THE STATUS OF THE PENDING APPEALS.**  Plaintiff is **WARNED** that failure to obey this

Order may result in sanctions being imposed against him, including dismissal of this case.

IT IS SO ORDERED this 19th day of July 2019.

/s/ *Mark E. Ford*
_____
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE